# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

APPLEGATE PROPERTIES, INC., A
California Corporation, dba MONTEGO
BAY MARINA,

                                     Plaintiff,

     vs.

THAT CERTAIN UNNAMED CATALINA
SAILING VESSEL OF APPROXIMATELY
38 FEET IN LENGTH, bearing California
Registration No. CF 5888 HJ, AND ALL OF
HER ENGINES, TACKLE, ACCESSORIES,
APPURTENANCES, *in rem*,

                                 Defendant.

CASE NO. 06CV1843-BEN (CAB)

**ORDER SCHEDULING STATUS
HEARING**

Before the Court is Plaintiff's ex parte applications for arrest of Defendant Vessel and appointment of substitute custodian. A status hearing shall be held on the matter on **December 13, 2006 at 9:30 a.m.** The scheduled hearing will take place in Courtroom 3 (4th Floor), located in the United States District Court, Southern District of California, 940 Front Street, San Diego, CA 92101. Plaintiff is directed to serve a notice of this hearing on the alleged owner/occupant of the Defendant Vessel, Mr. Ian Becker, by **December 8, 2006.**

     **SO ORDERED.**

DATED: December 4, 2006

_____
Hon. Roger T. Benitez
United States District Judge

- 1 -